FILED
May 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003489890

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-12898-A-7F |
| JAMES LAMASTUS, | DC No. RHT-1 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** <br> 11 U.S.C. §363 |
| Debtors. _____/ | Date: June 22, 2011 <br> Time: 9:00 a.m. <br> Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about March 14, 2011, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is non exempt equity in a 2003 Saturn Vue with a fair market value of approximately $2,600.00 and miscellaneous handguns and rifles with a total fair market value of approximately $860.00.

5. The Trustee has received an offer from the debtor, James Lamastus, to purchase the vehicle and firearm equity for the total sum of $3,000.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction and that the debtor is purchasing the firearms for market value. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicle and consignment sale of the firearms.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtor, James Lamastus, for the total sum of $3,000.00.

**DATED**: MAY 11, 2011

/S/
ROBERT HAWKINS,
Chapter 7 Trustee